UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CARSON M. RODGERS,

    Plaintiff,

v.                                                                 Civ. No. 17-cv-09 GJF

NANCY A. BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on a review of the docket. On April 13, 2017, the Court issued its "Order Setting Briefing Schedule," which directed Plaintiff to initiate substantive briefing with the filing of his motion to remand or reverse by no later than June 12, 2017. ECF No. 15. As of the date of this order, which is more than *five weeks* past the deadline, Plaintiff has failed to file said motion.

As a consequence, the Court now **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, why this cause should not be dismissed by no later than **July 31, 2017**. Plaintiff's failure to comply with this order will serve as grounds for dismissing this case without prejudice.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE