IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARSON M. RODGERS,

    Plaintiff,

vs.                                                                No. CIV 17-0009 JB/CEG

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

    Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Honorable Gregory Fouratt, United States Magistrate Judge's Order to Show Cause, filed July 19, 2017 (Doc. 16)("Show Cause Order"), which directed Plaintiff Carson M. Rodgers to respond in writing not later than July 31, 2017, why the Court should not dismiss the case for Rodgers' failure to file a Motion to Reverse or Remand by the previously imposed deadline. See Order Setting Briefing Schedule at 1, filed April 13, 2017 (Doc. 15)(establishing June 12, 2017 as the deadline for Rodgers' motion). In the Show Cause Order, Magistrate Judge Fouratt cautioned Rodgers that his failure to show cause "will serve as grounds for dismissing this case without prejudice." Show Cause Order at 1. Nonetheless, despite this clear warning, Rodgers filed nothing by the July 31, 2017 deadline.

**IT IS ORDERED** that this case is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Carson M. Rodgers
Sacramento, New Mexico

    *Plaintiff Pro Se*

Stephanie Kiley
Social Security Administration
Office of General Counsel
Denver, Colorado

--and--

James D. Tierney
  United States Attorney
Manuel Lucero
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant Social Security Administration*